IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALVIN C. THOMPSON,**

    **Plaintiff,**

v.                                          Case No. 4:16cv750-MW/GRJ

**JEFFREY STRALEY, et al.,**

    **Defendant.**

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice pursuant to the 28 U.S.C. § 1915(g) three-strikes bar." The Clerk shall close the file.

**SO ORDERED on February 4, 2017.**

                                                **s/Mark E. Walker         **
                                              **United States District Judge**